**Dated: April 19, 2013**
**The following is SO ORDERED:**



_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

IT500

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:                                                                 Chapter 13
MARILYN JEAN BOLDEN
Debtor(s)                                                         Case No. 12-29994-K

ADMINISTRATIVE ORDER
ALLOWING CLAIMS

It appearing to the Court that the Standing Chapter 13 Trustee has shown the Court that he or she has examined the proofs of claim, objected to the allowance of such claims as appeared to be improper, and entered orders on claims that are prima facie improper. After such examination, objections and orders, the Trustee states that the following claims should be deemed allowed, and those listed 'not filed' should be noted.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| SANTANDER CONSUMER USA<br>PO BOX 560284<br>DALLAS, TX  75356 | $19,770.00 | SECURED BY AUTOMOBILE |
| INSOLVE RECOVERY LLC<br>C/O CAPITAL RECOVERY GROUP LLC<br>PO BOX 123203 DEPT 3203<br>DALLAS, TX  75312 | $2,337.55 | UNSECURED (GENERAL) |
| CONSOLIDATED RECOVERY SYSTEMS<br>2650 THOUSAND OAKS BLVD<br>SUITE 4200<br>MEMPHIS, TN  38118 | $1,232.12 | UNSECURED (GENERAL) |

PAGE 2 - CHAPTER 13 CASE NO. 12-29994-K

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE STREET STOP CODE 3105<br>OMAHA, NE 68197 | $3,075.73 | UNSECURED (GENERAL) |
| FIRST TENNESSEE BANK<br>PO BOX 1469<br>KNOXVILLE, TN 37901 | $5,403.82 | UNSECURED (GENERAL) |
| AT&T UNIVERSAL<br>PROCESSING CENTER<br>DES MOINES, IA 50363 | | UNSECURED (GENERAL) |
| INSOLVE RECOVERY LLC<br>C/O CAPITAL RECOVERY GROUP LLC<br>PO BOX 123203 DEPT 3203<br>DALLAS, TX 75312 | $621.64 | UNSECURED (GENERAL) |
| PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA 23541 | $1,684.79 | UNSECURED (GENERAL) |
| JEFFERSON CAPITAL SYSTEMS<br>PO BOX 953185<br>ST LOUIS, MO 63195 | $1,039.78 | UNSECURED (GENERAL) |
| CHESWOLD (OPHRYS) LLC<br>C/O WEINSTEIN AND RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | $5,225.54 | UNSECURED (GENERAL) |
| CAVALRY PORTFOLIO SERVICE LLC<br>500 SUMMIT LAKE DRIVE<br>SUITE 400<br>VALHALLA, NY 10595-1340 | $19,893.95 | UNSECURED (GENERAL) |
| IC SYSTEMS COLLECTION<br>PO BOX 64378<br>ST. PAUL, MN 55164 | | NO CLAIM FILED BY CREDITOR |

PAGE 3 - CHAPTER 13 CASE NO. 12-29994-K

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| FINGERHUT DIRECT MARKETING, INC/CIT BANK<br>6250 RIDGEWOOD ROAD<br>ST CLOUD, MN  56303 | | NO CLAIM FILED BY CREDITOR |
| ASSET ACCEPTANCE CORP<br>PO BOX 2036<br>WARREN, MI  48090-2036 | $3,641.14 | UNSECURED (GENERAL) |
| FNB OMAHA<br>PO BOX 3412<br>OMAHA, NE  68197 | | NO CLAIM FILED BY CREDITOR |
| CHESWOLD (OPHRYS) LLC<br>C/O WEINSTEIN AND RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124 | $3,697.97 | UNSECURED (GENERAL) |
| GEMB<br>PO BOX 981400<br>EL PASO, TX  79998 | | NO CLAIM FILED BY CREDITOR |
| CHASE<br>225 CHASTAIN MEADOWS CT<br>KENNESAW, GA  30144 | | NO CLAIM FILED BY CREDITOR |
| GEMB/CARE CREDIT<br>PO BOX 981439<br>EL PASO, TX  79998 | | NO CLAIM FILED BY CREDITOR |
| ASSET ACCEPTANCE CORP<br>PO BOX 2036<br>WARREN, MI  48090-2036 | $3,108.76 | UNSECURED (GENERAL) |
| FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE STREET  STOP CODE 3105<br>OMAHA, NE  68197 | $1,273.63 | UNSECURED (GENERAL) |

[Add]

PAGE  4   -   CHAPTER 13 CASE NO.  12-29994-K

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CITY OF MEMPHIS TREASURER<br>125 N MAIN ROOM 301<br>MEMPHIS, TN  38103 | $297.52 | UNSECURED (GENERAL)<br><br>[Add] |
| BELLSOUTH TELECOMMUNICATIONS INC<br>C/O JAMES GRUDUS ESQ AT&T SERVICES<br>ONE AT&T WAY ROOM 3A218<br>BEDMINSTER, NJ  07921 | $136.91 | UNSECURED (GENERAL)<br><br>[Add] |
| SANTANDER CONSUMER USA<br>PO BOX 560284<br>DALLAS, TX  75356 | $1,438.24 | UNSECURED (GENERAL)<br><br>SPLIT CLAIM |

WHEREFORE, your Trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution pursuant to the confirmed plan and other orders of the Court.

/S/ George W. Stevenson
CHAPTER 13 TRUSTEE

Upon the foregoing motion, the court finds that the matters stated therein are true and, that;

Pursuant to Chapter 13 Rule 3007, the claims which have been filed as recited above shall be deemed allowed for the purpose of distribution unless objection is made by the debtor or other party in interest, within 30 days from the date of this order;

IT IS THEREFORE ORDERED, that a copy of this order and motion be mailed to the debtor(s) and to the debtor's attorney of record, and that the debtor(s) be given 30 days from the date of this order within which to examine the proofs of claim and to file a written objection to any claim which may be improper.  The absence of a timely written objection will be deemed approval by the debtor(s) of the claims as recited above and the claims shall be allowed for the purpose of distribution pursuant to the confirmed plan and other orders of this Court.

CC: George W. Stevenson
SP
    MARILYN JEAN BOLDEN
    3240 SEMINOLE ROAD
    MEMPHIS, TN  38111

    BRAD GEORGE ATTY
    2400 POPLAR AVENUE
    SUITE 460
    MEMPHIS, TN  38112